UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

|  |  |  |
|---|---|---|
|  | Case No.: | 14-25236 |
|  | Judge: | SVK |
|  | Chapter: | Chapter 13 |

**In Re: Donald Habermehl**

## NOTICE AND REQUEST TO MODIFY CHAPTER 13 PLAN

The Debtor, through Geraci Law, LLC, has filed papers with the court requesting modification of the Chapter 13 Plan in the above case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the court to modify the plan as proposed, or if you want the court to consider your views on the request, then on or before 21 days after service of this notice, you or your attorney must:

File with the court a written request for hearing which shall contain a short an plain statement of factual and legal basis for the objection. File your written request at:

1.  Clerk, U.S. Bankruptcy Court
    517 East Wisconsin Avenue, Room 126
    Milwaukee, WI 53202-4581

and provide copies to

United States Trustee                         Mary B. Grossman
Eastern District of Wisconsin           Chapter 13 Trustee
517 East Wisconsin Avenue, Room 430   P.O. Box 510920
Milwaukee, WI  53202                         Milwaukee, WI 53203

Geraci Law, LLC
Andrew Mark Golanowski                 Donald Habermehl
2505 N. Mayfair Rd. #101                   5136 W. Plainfield Ave.
Wauwatosa, WI 53226                         Milwaukee, WI  53220

in time for its receipt by the above deadline. If you or your attorney do not take these steps, the Court may decide that you do not oppose the request and may enter an order modifying the Plan.

# REQUEST TO MODIFY CHAPTER 13 PLAN

1. The Proponent of this modification is the Debtor.
2. This is a request to modify a Chapter 13 Plan:

    a. __X__ post-confirmation
    b. ____ pre-confirmation
        i. Debtor(s)/Debtor(s) attorney certifies that the proposed modification does not materially adversely affect creditors (Local Bankruptcy Rule 3015(b)); or
        ii. Debtor(s)/Debtor(s) attorney certifies that the proposed modification materially adversely affects only the following creditors and a copy of the proposed modification has been served on them (Local Bankruptcy Rule 3015(b)). The creditors affected are:
3. The Proponent wishes to modify the Chapter 13 Plan to do the following: account for a supplemental mortgage arrearage claim.

4. The reason(s) for the modification is/are: see above.

5. Select A or B:

    A. __X__ The confirmed Chapter 13 Plan is modified as follows: the Debtor shall pay $1,288 per month for the remainder of the Plan. This accounts for an anticipated supplemental mortgage arrearage claim.

    B. ____ The unconfirmed Chapter 13 Plan is modified as follows:

All remaining terms and provisions of the Plan are unaffected unless specifically addressed herein. In the even of a conflict between the original Plan and the modification set forth above, the latter shall supersede and control.

6. **BY SIGNING BELOW THE PROPONENT OF THE MODIFICATION CERTIFIES THAT, AFTER REVIEW OF THE MODIFICATION AND ALL OTHER TERMS AND PROVISIONS OF THE PLAN, THOSE REMAINING TERMS AND PROVISIONS OF THE PLAN ARE CONSISTENT WITH THE PROPOSED MODIFICATIONS.**

**CERTIFICATION**

Complete one of the certifications below:

1. I/We, _____, the debtor(s) in this case, certify that I/we have reviewed the modification to the Chapter 13 plan proposed in this motion, and I/we authorize my/our attorney to file it with the court.

   _____    _____
   Debtor                                       Date


   _____    _____
   Debtor                                       Date

OR

2. I, Andrew Golanowski, attorney for the debtor(s), certify that I have reviewed the modification proposed above with the debtor(s), and that the debtor(s) has/have authorized me to file it with the court.

WHEREFORE, the Proponent requests that the court approve the modification to the Chapter 13 Plan as stated herein.

Respectfully submitted and dated this Wednesday, February 11, 2015.

                                                      By: */s/ Andrew Mark Golanowski*
                                                            Andrew Mark Golanowski
                                                            Attorney for Debtor
                                                            Bar #: 1055499

Andrew Mark Golanowski
Law Offices of Peter Francis Geraci
2505 N. Mayfair Road, Suite 101
Wauwatosa, WI 53226
Phone: (414) 475-0100
Fax: (312) 332-6354
Email:wal@geracilaw.com

Rec. No: «c_recordno»
WD - MOT - Motion to Modify Chapter 13 Plan After Confirmation with Cert of Service

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
| **In Re: Donald Habermehl** | **Case No.:** 14-25236<br>**Judge:** SVK<br>**Chapter:** Chapter 13 |

## CERTIFICATE OF SERVICE

The undersigned, an Attorney, does hereby certify that a copy of this Certificate of Service and a copy of the attached Notice and Request to Modify Chapter 13 Plan were mailed First Class to the persons mentioned below, at their respective addresses, postage prepaid, by U.S. Mail in Milwaukee, WI on Wednesday, February 11, 2015:

**SEE ATTACHED LIST**

Donald Habermehl
5136 W. Plainfield Ave.
Milwaukee, WI 53220

Additionally, the documents referenced above were also served via electronic means on the following individuals on Wednesday, February 11, 2015:

| | |
|---|---|
| United States Trustee<br>Eastern District of Wisconsin<br>517 E. Wisconsin Ave.<br>Milwaukee, WI 53202 | Mary B. Grossman<br>Chapter 13 Trustee<br>P.O. Box 510920<br>Milwaukee, WI 53203 |

Dated this Wednesday, February 11, 2015.

By: _/s/ Andrew Mark Golanowski_____
Andrew Mark Golanowski
Attorney of the Debtor
Bar #: 1055499

Andrew Mark Golanowski
Law Offices of Peter Francis Geraci
2505 N. Mayfair Road, Suite 101
Wauwatosa, WI 53226
Phone: (414) 475-0100
Fax: (312) 332-6354
Email:wal@geracilaw.com

Rec. No: «c_recordno»
WD - MOT - Motion to Modify Chapter 13 Plan After Confirmation with Cert of Service

```
Label Matrix for local noticing          Green Tree Servicing LLC              BAYVIEW LOAN SERVICING, LLC
0757-2                                    1400 Turbine Drive, Suite 200         4425 PONCE DE LEON BLVD, 5TH FLOOR
Case 14-25236-svk                         Rapid City, SD 57703-4719             CORAL GABLES, FLORIDA 33146-1837
Eastern District of Wisconsin
Milwaukee
Wed Feb 11 14:58:56 CST 2015

Bayview Financial Loan                    Blommer Peterman, S.C.                Equifax
Attn: Bankruptcy Dept.                    2012CV001307                          Attn: Bankruptcy Dept.
4425 Ponce De Leon Blvd                   13700 W. Greenfield Avenue            PO Box 740241
Coral Gables,FL 33146-1873                Brookfield,WI 53005-7159              Atlanta,GA 30374-0241


Experian                                  Falls Collection SVC                  Gray & Associates
Attn: Bankruptcy Dept.                    Attn: Bankruptcy Dept.                2013CV008494
PO Box 2002                               Po Box 668                            16345 West Glendale Dr.
Allen,TX 75013-2002                       Germantown,WI 53022-0668              New Berlin,WI 53151-2841


(c)GREEN TREE SERVICING                   (p)GREENTREE SERVICING LLC            Green Tree Servicing, LLC
ATTN: BANKRUPTCY DEPT.                    BANKRUPTCY DEPARTMENT                 PO BOX 0049
332 MINNESOTA ST STE E610                 P O BOX 6154                          Palatine, IL 60055-0049
SAINT PAUL MN  55101-1311                 RAPID CITY SD 57709-6154              Telephone number: 888-298-7785


Land Home Financial Services              Milwaukee County Circuit Court        Milwaukee County Circuit Court
PO Box 25184                              2012CV001307                          2013CV008494
Santa Ana,CA 92799-5184                   901 N. 9th ST.                        901 N. 9th ST.
                                          Milwaukee,WI 53233-1425               Milwaukee,WI 53233-1425


Office of the U. S. Trustee               Seterus                               Transunion
517 East Wisconsin Ave.                   Attn: Bankruptcy Dept.                Attn: Bankruptcy Dept.
Room 430                                  14523 Sw Millikan Way St              PO Box 1000
Milwaukee, WI 53202-4510                  Beaverton,OR 97005-2352               Chester,PA 19016-1000


UrgiMed Walk In Medical Clinic            Abraham Pinon                         Donald David Habermehl Jr.
Falls Collection Svc.                     Geraci Law L.L.C.                     5136 W Plainfield Ave
P.O. Box 668                              55 E. Monroe St. Suite #3400          Milwaukee, WI 53220-3210
Germantown, WI 53022-0668                 Chicago, IL 60603-5920
```